SIDERCA, S.A.I.C., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

United States Steel LLC,
Defendant–Appellee.

No. 05–1519.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2005.

## ORDER

Upon consideration of Siderca, S.A.I.C.'s unopposed motion to voluntarily dismiss its appeal from *Siderca, S.A.I.C. v. United States*, 01–00603 (Ct. Int'l Trade),

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.

Patricia A. HERNANDEZ, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 05–3364.

United States Court of Appeals,
Federal Circuit.

Nov. 1, 2005.

Patricia A. Hernandez, pro se.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.